## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 1:20-cv-236

---

**Republic Technologies (NA), LLC and Sream, Inc.**

Plaintiff

**vs.**

**Quick Mart Corporation d/b/a Go Lo and Cristen Maxwell**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Injunctive Relief and Damages**

| | |
|---|---|
| PARTY SERVED: | **QUICK MART CORPORATION D/B/A GO LO** |
| PERSON SERVED: | **LUCAS CARILLO , CLERK** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above who stated they were authorized to accept service. |
| DATE & TIME OF DELIVERY: | **05/12/2020 at 9:40 AM** |
| ADDRESS, CITY AND STATE: | **1116 E NEW YORK ST, AURORA, IL 60505** |
| DESCRIPTION: | Race: **Hispanic**  Sex: **Male**  Age: **36**  Height: **5'10"**  Weight: **170**  Hair: **Brown**  Glasses: **No** |

I declare under penalties of perjury that the information contained herein is true and correct.

SUBSCRIBED AND SWORN to before me on the 12th day of May, 2020.

_Joan C. Harenberg_

Signature: _Nancy A Porter_

Nancy Porter
Registration No: 117-001119

**OFFICIAL SEAL**
**JOAN C HARENBERG**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/28/21

 **Judicial Attorney Services, Inc. 2100 Manchester Rd., Ste 505  Wheaton, IL 60187, (630) 221-9007**

CLIENT: **Langone, Johnson & Cassidy, LLC**                                    Job #: **436377**
FILE #: