# CERTIFICATE OF NON SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 1:20-cv-236 |

**Republic Technologies (NA), LLC and Sream, Inc.**  Plaintiff

vs.

**Quick Mart Corporation d/b/a Go Lo and Cristen Maxwell**  Defendant

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Cristen Maxwell**, at **603 E Gum St, Russellville, AR 72802**, with the **Summons & Complaint For Injunctive Relief and Damages** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

05/29/2020   12:58 PM   Current resident is Cindy Hampton for 1 year. I spoke with River Valley Realty, the property management for the home, and they said defendant had lived there until Feb 2019. They do not show a forwarding address.

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct.

Signature: *Marty Weatherford*
Marty Weatherford

CLIENT: **Langone, Johnson & Cassidy, LLC**            Job #: **436378**
FILE #: