# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

SREAM, INC and REPUBLIC TECHNOLOGIES (NA), LLC,

Plaintiff(s),

v.

QUICK MART CORPORATION d/b/a GO LO and CRISTEN MAXWELL,

Defendant(s).

Case No. 20-cv-236
Judge Franklin U. Valderrama

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) SREAM, INC and REPUBLIC TECHNOLOGIES (NA), LLC and against defendant(s) QUICK MART CORPORATION d/b/a GO LO in the amount of $ 30,000.00,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Franklin U. Valderrama on a motion

Date: 11/3/2020

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk